**S. A. CONKLIN v. G. G. SIRMAN, doing business as Tropical Awning Shutter Company, not Inc., R. S. EVANS, et al.**

24th So. (2nd) 51                                         June Term, 1945
December 4, 1945                                         Division A
Rehearing denied Jan. 3, 1946                            Division A

*Frank L. Butts,* for appellant.
*Knight, Underwood & Cullen,* for appellees.

PER CURIAM:

This appeal is from a decree of the chancellor approving findings of fact by a master. Error has not been clearly shown so the decree is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.